IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VARIOUS PLAINTIFFS | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| | : | |
| | : | Transferred from the |
| v. | : | Northern District |
| | : | of California |
| | : | |
| | : | Case Nos.: See Exhibit A |
| VARIOUS DEFENDANTS. | : | (attached hereto) |

### O R D E R

      **AND NOW,** this **3rd** day of **April, 2012,** it is hereby **ORDERED** that the Motion for Summary Judgment of Defendant General Electric Company ("GE") in each of the cases identified on Exhibit A (attached hereto) is **GRANTED** as to alleged asbestos exposure arising from insulation; **DENIED** as to all other alleged asbestos exposure.

      **AND IT IS SO ORDERED.**


                                                        s/Eduardo C. Robreno
                                                        **EDUARDO C. ROBRENO, J.**

## Exhibit A

**Motions by General Electric Company
in Various Cases Transferred from the
United States District Court for the
Northern District of California**

|   | Name of Plaintiff (or Decedent) | N.D. Cal. Case No. | E.D. PA Case No. | Doc. No. |
|---|---|---|---|---|
| 1 | Charles Clemmer | 05-4084 | 09-62917 | 27 |
| 2 | Calvin Oxford | 05-4946 | 09-64012 | 22 |
| 3 | Albert Rice | 05-4998 | 09-62922 | 16 |
| 4 | Jack Reynolds | 09-2806 | 09-80025 | 31 |
| 5 | Richard Close | 09-1269 | 09-70107 | 30 |