```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VARIOUS PLAINTIFFS          :    CONSOLIDATED UNDER
                            :    MDL 875
                            :
                            :    Transferred from the
    v.                      :    Northern District
                            :    of California
                            :
                            :    Case Nos.: See Exhibit A
VARIOUS DEFENDANTS.         :    (attached hereto)
```

### O R D E R

**AND NOW,** this **3rd** day of **April, 2012,** it is hereby **ORDERED** that the Motion for Summary Judgment of Defendant General Electric Company ("GE") in each of the cases identified on Exhibit A (attached hereto) is **GRANTED** as to alleged asbestos exposure arising from insulation; **DENIED** as to all other alleged asbestos exposure.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno, J.
_____
**EDUARDO C. ROBRENO, J.**

**Exhibit A**

**Motions by General Electric Company
in Various Cases Transferred from the
United States District Court for the
Northern District of California**

|   | Name of Plaintiff (or Decedent) | N.D. Cal. Case No. | E.D. PA Case No. | Doc. No. |
|---|---|---|---|---|
| 1 | Charles Clemmer | 05-4084 | 09-62917 | 27 |
| 2 | Calvin Oxford | 05-4946 | 09-64012 | 22 |
| 3 | Albert Rice | 05-4998 | 09-62922 | 16 |
| 4 | Jack Reynolds | 09-2806 | 09-80025 | 31 |
| 5 | Richard Close | 09-1269 | 09-70107 | 30 |